**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KOZERA, JOSEPH F | § Case No. 07-19700-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　Clerk of U.S. Bankruptcy Court
　　219 S. Dearborn Street
　　Chicago, IL  60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 11/18/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/13/2011         By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOZERA, JOSEPH F | § | Case No. 07-19700-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,500.94 |
| *and approved disbursements of* | $ 31.44 |
| *leaving a balance on hand of* [1] | $ 2,469.50 |
| **Balance on hand:** | $ 2,469.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,469.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 250.00 | 0.00 | 250.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 35.24 | 0.00 | 35.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,285.24 |
| Remaining balance: | $ 1,184.26 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,184.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,184.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,843.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 8,494.94 | 0.00 | 265.83 |
| 2 -3 | Harris NA | 5,935.61 | 0.00 | 185.74 |
| 3 | New Falls Corporation | 5,643.38 | 0.00 | 176.60 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 17,769.75 | 0.00 | 556.07 |

Total to be paid for timely general unsecured claims: $ 1,184.24
Remaining balance: $ 0.02

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 256.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | eCast Settlement Corporation | 256.60 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.02

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.02

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                         Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 07-19700-JHS
Joseph F. Kozera                                            Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 2                 Date Rcvd: Oct 14, 2011
                              Form ID: pdf006             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db           +Joseph F. Kozera,    348 N. Cedar Avenue,    Wood Dale, IL 60191-1541
aty          +Brian D Johnson,    Grochocinski, Grochocinski and Lloyd Ltd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,     1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
11698976     +ACC International,    ACC Building,    919 Estes Court,   Schaumburg, IL 60193-4427
11698977      Alexian Bros Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3397
11698981     +Bank of America,    c/o Frederick J. Hanna & Assoc,    1427 Roswell Rd.,    Marietta, GA 30062-3668
11698982      Blue Cross Blue Shield,    300 E. Randolph,    Chicago, IL 60601-5099
11698986     +Dev Medical Associates,    1146 Park Avenue,    River Forest, IL 60305-1310
11698989    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,    Cincinnati, OH 45263)
11698990     +Frederick J. Hanna & Associates,,    1427 Roswell Road,   Marietta, GA 30062-3668
11698991     +Freedman Anselmo Lindberg & Rappe,    18007 W. Diehl Road Suite 333,    PO Box 3228,
               Naperville, IL 60566-3228
12465478     +HSBC Bank Nevada, N.A. (Bon Ton),    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11698992     +Harris NA,   PO Box 94034,    Palatine, IL 60094-4034
12146099     +Harris NA,   Freedman Anselmo Lindberg,    & Rappe LLC,   PO Box 3216,    Naperville, IL 60566-7216
11698995      IDES,   Benefit Repayments,    PO Box 19286,   Springfield, IL 62794-9286
11698996      Ill. Dept of Employment Security,    Benefit Repayments,    PO Box 19286,
               Springfield, IL 62794-9286
11698997     +Law Offices Blatt, Hasenmiller, Lei,    125 South Wacker Drive,    Suite 400,
               Chicago, IL 60606-4440
11698998     +Malcom S. Gerald and Associates,    332 S Michigan Ave,   Suite 600,    Chicago, IL 60604-4318
11699001     +Pellettieri & Associates, Ltd,    891 Oak Creek Drive,   Lombard, IL 60148
11699002     +Suburban Neurologists,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3378
11699003      Sunrise Credit Services,    PO Box 9100,   Farmingdale, NY 11735-9100
14426098     +eCast Settlement Corporation,    c/o Bass & Associates, PC,   3936 E F. Lowell Rd,
               Tuscon, AZ 85712-1097
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11698975     +E-mail/Text: KM@ARCONCEPTSINC.COM Oct 15 2011 01:42:37      A/R Concepts, Inc,
               33 W. Higgins Road,    Suite 715,   Barrington, IL 60010-9103
11698978     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Oct 15 2011 01:40:59
               American Medical Collection Agency,    2269 S. Saw Mill River Rd., Buildin,
               Elmsford, NY 10523-3899
11698979     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 15 2011 01:40:57       Asset Accaptance LLC,
               PO Box 2036,    Warren, MI 48090-2036
11698984      E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 15 2011 01:42:32       CCS,
               Payment Processing Center,    PO Box 55126,   Boston, MA 02205-5126
11698983     +E-mail/Text: cms-bk@cms-collect.com Oct 15 2011 01:43:40      Capital Management Services,
               726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
11698987      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 15 2011 03:00:43       Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
12137360      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 15 2011 03:00:43
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12390535     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 03:14:55
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11698988     +E-mail/Text: admin@fcs2collect.com Oct 15 2011 01:42:30      Falls Collection Service, Inc.,
               P. O. Box 668,    114 W. 19225 Clinton Drive,   Germantown, WI 53022-0668
11698993     +E-mail/Text: bkynotice@harvardcollect.com Oct 15 2011 01:42:50       Harvard Collection Services,
               4839 N. Elston Avenue,    Chicago, IL 60630-2589
11698994     +E-mail/Text: Bankruptcy@icsystem.com Oct 15 2011 01:44:36      IC System, Inc.,    P.O. Box 64378,
               Saint Paul, MN 55164-0378
11698999     +E-mail/Text: deb.saner@cadleco.com Oct 15 2011 01:42:06      New Falls Corporation,
               100 N. Center Street,    Newton Falls, OH 44444-1321
11699000     +E-mail/Text: ebn@vativrecovery.com Oct 15 2011 01:43:36      Palisades Collection,    210 Sylvan,
               Englewood Cliffs, NJ 07632-2510
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11698980   ##+Bank of America,   PO Box 17054,    Wilmington, DE 19850-7054
11698985   ##+CFS/HHLD,   700 N. Wood Dale Road,    Wood Dale, IL 60191-1136
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: arodarte             Page 2 of 2              Date Rcvd: Oct 14, 2011
                               Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                    **Signature:**    _Joseph Speetjens_